1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
3  Assistant United States Attorney
   Chief, Tax Division
4  ANDREW T. PRIBE (CA SBN 254904)
5  Assistant United States Attorney
   300 N. Los Angeles Street
6  Federal Building, Room 7211
7  Los Angeles, CA  90012
          Telephone:  (213) 894-6551
8         Fax:        (213) 894-0115
9         E-mail:     andrew.t.pribe@usdoj.gov
10 *Attorneys for the United States of America*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KOREAN-AMERICAN CPA SOCIETY OF SOUTHERN CALIFORNIA, <br><br> Plaintiff <br><br> vs. <br> UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, DOES 1 THROUGH 10, INCLUSIVE <br><br> Defendants | Case No.: CV 13-1673 R(CWx) <br><br> Order |

After consideration of the United States' motion to dismiss and for good cause shown, the Court finds that Plaintiff's complaint does not allege facts sufficient to show that Plaintiff has standing to bring this action.  The Court also finds that Plaintiff's complaint fails to establish that the United States has waived

sovereign immunity and, therefore, the Court lacks jurisdiction over Plaintiff's claims.

Accordingly, the complaint is dismissed.

IT IS SO ORDERED

Dated: August 20, 2013

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE