ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
   300 N. Los Angeles Street
   Federal Building, Room 7211
   Los Angeles, CA  90012
         Telephone:  (213) 894-6551
         Fax:            (213) 894-0115
         E-mail:        andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KOREAN-AMERICAN CPA SOCIETY OF SOUTHERN CALIFORNIA,<br><br>          Plaintiff<br><br>     vs.<br><br>UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, DOES 1 THROUGH 10, INCLUSIVE<br><br>          Defendants | Case No.: CV 13-1673 R(CWx)<br><br>Order |

After consideration of the United States' motion to dismiss and for good cause shown, the Court finds that Plaintiff's complaint does not allege facts sufficient to show that Plaintiff has standing to bring this action.  The Court also finds that Plaintiff's complaint fails to establish that the United States has waived

sovereign immunity and, therefore, the Court lacks jurisdiction over Plaintiff's claims.

Accordingly, the complaint is dismissed.

IT IS SO ORDERED

Dated: August 20, 2013

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE